# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

128640(42)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KEITH YOHN,
           Plaintiff-Appellant,

v

SC: 128640
COA: 252056
Ct of Claims: 03-000047-MK

UNIVERSITY OF MICHIGAN
BOARD OF REGENTS,
           Defendant-Appellee.

_____/

     On order of the Court, the motion for reconsideration of this Court's order of November 29, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

p0221